IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| FLAME S.A. | § § § | |
| Plaintiff, | § § | |
| V. | § § | C.A. No. <u>10-cv-00278-RC</u><br>IN ADMIRALTY, Rule E |
| m/v LYNX, her engines, freights, apparel, appurtenances, tackle, etc., in rem | § § § | |
| Defendant. | § § | |

**NOTICE OF RESTRICTED APPEARANCE**
**PURSUANT TO SUPPLEMENTAL RULE E(8)**

**COMES NOW**, specially appearing non-party claimant, CAMELA NAVIGATION INC., by and through undersigned counsel, who hereby enters a restricted appearance in this matter pursuant to Supplemental Rule E (8) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure for the sole purpose of seeking an Order dismissing the Verified Complaint and vacating the Ex Parte Order for Warrant of Arrest of the M/T LYNX.

Dated: Oyster Bay. New York
May 15, 2010

    Respectfully submitted,

    CHALOS & CO, P.C.
    Attorneys for Claimant
    CAMELA NAVIGATION INC.

    By:    /s/ George M. Chalos
          George M. Chalos (GC-8693)
          123 South Street
          Oyster Bay, New York 11771
          Tel: (516) 714-4300
          Fax: (516) 750-9051
          E-mail: gmc@chaloslaw.com