IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| FLAME S.A. | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | **C.A. No. 10-cv-00278-RC** |
| | § | IN ADMIRALTY, Rule E |
| m/v LYNX, her engines, freights, apparel, | § | |
| appurtenances, tackle, etc., in rem | § | |
| | § | |
| Defendant. | § | |

## DECLARATION OF IOANNIS VEKRIS

I, **Ioannis Vekris**, pursuant to Section 1746 of Title 28 of the United States Code, hereby declare and say the following under penalty of perjury:

1.  I am an individual of sound mind and body, and have never been convicted of a crime of moral turpitude.

2.  This declaration is respectfully submitted in support of non-party, alleged alter-ego CAMELA NAVIGATION INC. (hereinafter "CAMELA") in support of the motion to vacate a pending Rule C vessel arrest of the M/T LYNX and to dismiss the U.S. legal proceedings.

3.  I am a citizen of Greece and a resident of Athens.  I am the legal advisor and a shareholder of CAMELA.

4.  I make this declaration based upon my personal knowledge, official company records and my own investigation.

5.  CAMELA was founded and incorporated on March 16, 2006.  Attached hereto as Exhibit "1" is a copy of the company's Certificate of Incorporation.

6.   CAMELA is a corporation existing by virtue of the laws of the Marshall Islands with its registered address at  Trust Company Complex, Ajeltake Road, Ajeltake Island, Majuro, Marshall Isl. MH 96960

7.   I am aware that Plaintiff arrested the M/T LYNX, pursuant to a Warrant of Arrest issued in the above captioned action, in order to, *inter alia*, satisfy a judgment against Primera Maritime (Hellas), Ltd. (hereinafter "Primera").

8.   The M/T LYNX has never been owned, operated, or managed by Primera.

9.   CAMELA is the registered Owner of the M/T LYNX. The technical manager of the vessel is V. Ships Limited (hereinafter "V. Ships"), and Chemnav Shipmanagement Ltd. (hereinafter "Chemnav") is the commercial manager of the vessel.    A copy of the Lloyd's MIU report for the M/T LYNX is attached hereto as Exhibit "2." A copy of a letter from V-Ships confirming that they have been the managers since the Vessel's construction is also attached as "Exhbit 3".

10. This wrongful arrest is causing CAMELA to suffer substantial damages, a complete disruption of business operations, and loss of reputation in the commercial marketplace in an already depressed and niche chemical tanker market where CAMELA is struggling to break even.

11. Plaintiff has not and cannot assert any factual grounds upon which to base any claim, let alone a proper maritime claim *in rem*, against the M/T LYNX in the present action, or anywhere else in the world.

12. Plaintiff does not have grounds to arrest the M/T LYNX.

13. Primera is not the "beneficial owner" of the M/T LYNX.

14. Moreover, Plaintiff has wrongfully alleged that Primera is the parent of CAMELA. *See* Verified Complaint, ¶ 20.   This is incorrect; Primera does not own directly or indirectly any stock in CAMELA.

15. I am aware that Plaintiff has alleged that CAMELA is an "alter ego subsidiary" of Primera.

16. Plaintiff has not asserted any supportable factual grounds upon which to allege such a relationship.

17. Plaintiff has not and cannot rebut that any corporate relationships that CAMELA has are at arms-length.   Moreover, Plaintiff has not provided any evidence that Primera exercises dominion or control over CAMELA.

18. I hereby declare that CAMELA is a completely separate and distinct legal entity, independently financed and operated from Primera.

19. CAMELA does not share common or overlapping stock ownership with Primera.

20. CAMELA and Primera are not partners or joint venturers

21. CAMELA is its own unique and separate profit center and has its own distinct Balance Sheet as well as separate Profit & Loss Accounts all independently audited by Price Waterhouse Coopers, CAMELA maintains its own independent Bank Accounts

22. CAMELA does not hold or use the property or assets of Primera as its own.

23. CAMELA observes formal legal requirements regarding all corporate activities in all material respects.

24. The Mortgage for the M/T LYNX (*See* Verified Complaint, Exhibit E) and the Loan Facility Agreement (*See* Verified Complaint, Exhibit F) do not establish that Primera is the "beneficial owner" of the M/T LYNX as alleged by Plaintiff.   These

documents confirm that CAMELA is the registered owner of the M/T LYNX and has been since the construction of the Vessel.

25. Plaintiff has not and cannot allege any existence of fraud, wrongdoing or injustice to third parties by CAMELA.

26. I hereby declare that the company, CAMELA, is a separate legal entity from Primera and vice versa.

I hereby declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and accurate to the best of my knowledge, information and belief.


Dated: May 15, 2010
       Athens, Greece

_____
Ioannis Vekris

4

EXHIBIT 1

## REPUBLIC OF THE MARSHALL ISLANDS
## OFFICE OF THE REGISTRAR OF CORPORATIONS

### CERTIFICATE OF INCORPORATION

I HEREBY CERTIFY that

**CAMELA NAVIGATION INC.**

is duly incorporated and has filed articles of incorporation under the provisions of the Marshall Islands Business Corporations Act on

**March 16, 2006**



WITNESS my hand and the official seal of the Registry on **March 16, 2006**.

C. Kastrinaky

Deputy Registrar

18152

EXHIBIT 2



# Lloyd's MIU

The premier source of maritime information

# Lynx

| | |
|---|---|
| **IMO:** | 9388223 |
| **Flag:** | Marshall Islands |
| **Reg. Owner:** | Camela Nav. Inc. |
| **Type:** | Combined Chemical And Oil Tanker |
| **Status:** | Live |

## Vessel Overview

Details of the vessel including registration, dimensions, ownership and other characteristics...updated 24/7

| | |
|---|---|
| **Name** | Lynx |
| **IMO** | 9388223 |
| **Status** | Live |
| **Flag** | Marshall Islands |
| **Type** | Combined Chemical And Oil Tanker |
| **Year of build** | 2008 |
| **DWT** | 13117 |
| **GT** | 8542 |
| **Contact** | Chemnav Inc. |
| **Hull Type** | DH |

## Registration (Name, Flag, Callsign, IMO, MMSI)

| | |
|---|---|
| **Name** | Lynx since: 28 Jul 2008 |
| **Flag** | Marshall Islands , From: 14 October 2008 |
| **Callsign** | V7PE4 |
| **IMO** | 9388223 |
| **MMSI** | 538 003213 |
| **Port of Registry** | Majuro |

## Tonnages (GT, Net DWT)

| | | | | | |
|---|---|---|---|---|---|
| **GT** | 8542 | | | | |
| **Net** | 4117 | | | | |
| **DWT** | 13117 | | | | |
| **Formula DWT** | 12469 | | | | |
| **Tonnage History** | **From** | **Until** | **GT** | **Net** | **DWT** | **Formula DWT** |
| | Before 04 Dec 2008 | | 8542 | 4117 | 13117 | 12469 |
| | Before 01 Apr 2006 | Before 03 Dec 2008 | 8562 | 4095 | 13022 | 12469 |

## History (Construction Details, Launch Details)

| | | |
|---|---|---|
| **Construction** | **Yard Number:** | 1165 |
| | **Built By:** | Sekwang Heavy Industries Co. Ltd |
| | **Built At:** | Ulsan |
| | **Ordered:** | Before 01 Apr 2006 |
| | **Scheduled:** | In the month of 01 Oct 2008 |
| | **Construction start:** | 20 Mar 2008 |
| | **Construction end:** | 27 Oct 2008 |
| **Launch** | **Launched:** | 28 Jul 2008 |
| | **First Movement:** | *n/a* |

## Dimensions (Breadth, Depth / Draught, Length)

Vessels » Lynx » Overview | Seasearcher

| Breadth | Extreme: | 20.4m |
|---|---|---|
| | Moulded: | 20.4m |
| Depth / Draught | Depth: | 11.5m |
| | Draught: | 8.7m |
| | Freeboard: | 2812mm |
| Length | Between Perpendiculars: | 120.4m |
| | Registered: | n/a |
| | Overall: | 128.6m |

## Classification & Insurance (Clubs, ISM, ISPS, Societies)

| Clubs | P&I : n/a |
|---|---|
| ISM | Vessel has no current ISM |
| ISPS | Vessel has no current ISPS |
| Class | Class: ABS (Americas)(AB) After 01 Aug 2006 |

## Hull details (Hull Info, Ballast)

| Hull Info | Build Material: | Steel |
|---|---|---|
| | Deck(s): | 1 |
| | Watertight Compartments: | n/a |
| | Bulkheads: | n/a |
| | Hull Type: | DH |
| | Bulbous Bow: | Y |
| Ballast | Capacity (tonnes): | 5277 |
| | Segregated Capacity (tonnes): | n/a |

## Facilities details (Details on available facilities)

| Pumps | Total: | 14 |
|---|---|---|
| | Description: FRAMO DEEPWELL | 12 X 300 CBM/HR FRAMO DEEPWELL 2 X 100 CBM/HR SLOP |
| | Capacity (Cubic): | n/a |
| | Capacity (Tonnes): | n/a |
| Tanks | Total: | 14 |
| | Center Tanks: | n/a |
| Tank Capacity | Liquid m³: | 14257 |
| | Deck Tank m³: | n/a |
| | Slop Tank m³: | 694 |
| | Crude Capacity (Barrels): | 88240 |
| | Crude Capacity (Metric): | n/a |
| Coils | Tank Heated Coils: | STAINLESS STEEL |
| Products | Number Of Grades: | 13 |
| | Number Of Lines: | n/a |
| Product Tanks | Wing Tanks: | 12 |
| | Tank Coated: | PHENOLIC EPOXY (SIGMA) |

| Lifting Gear (3) | Number | Type | SWL |
|---|---|---|---|
| | 1 | Crane | 2.1 |
| | 1 | Crane | 10 |
| | 1 | Crane | 3 |

## Machinery (Engines, Speed, Propellers, Boilers, Generators)

| Engines (1) | Type | Diesel (1) |
|---|---|---|
| | Power (Kilowatts) | 4440 |
| | Designed by: | B&W Diesel |
| | Built by: | STX Engine Co. Ltd |
| | Built at: | Changwon (KOR) |

| | Position | Cylinders | Bore | Stroke | Fuel | Designation: |
|---|---|---|---|---|---|---|
| | n/a | 6 | 350 | 1400 | Marine Diesel | 6S35MC-MK7 |
| Primary Fuel Type | Type | | Marine Diesel | | | |

| | | | | | |
|---|---|---|---|---|---|
| | **Capacity** | | 684 | | |
| | **Consumption** | | *n/a* | | |
| **Propellers (1)** | **Number** | | 1 | | |
| | **Type** | | Fixed Pitch | | |

**Boilers (1)**

| Type | Number | Auxillary | Pressure | MPA | Heat |
|---|---|---|---|---|---|
| Oil Fired | 1 | Auxillary | | 9 | 0 |

**Generators (3)**

| Generator Number | Power Type | Power | Current AC / DC |
|---|---|---|---|
| 3 | KW | 480 | |

Lloyd's and the crest are the registered trade marks of the Society incorporated by the Lloyd's Act 1871 by the name of Lloyd's
This site is owned and operated by Informa plc ("Informa") whose registered office is Mortimer House, 37–41 Mortimer Street, London, W1T 3JH. Registered
in England and Wales Number 3099067

# EXHIBIT 3



*V.Ships Limited*
*V.Ships House*
*13 Omonia Avenue*
*P.O.Box 57115*
*3312 Limassol, Cyprus*
*Ph : +357 25 848400*
*Fax: +357 25 560170*
*Telex 4707 VSHIP CY*
*Marinos.Sekkides@ vships.com*
*www.vships.com*

**Limassol 14th May  2010**

### To whom it may concern

We hereby confirm that the vessel **m/t Lynx (IMO nr.9388223)** with registered Owners being Camela Navigation Inc is within V.Ships Limited management since 27th of October 2008.

Yours faithfully

M.Sekkides
V.Ships Limited
Insurance Manager.

V. Ships Limited
V. SHIPS HOUSE
13. Omonia Avenue
P.O. Box 57115, Limassol
CYPRUS
E-mail: fleet.mgt@vships.com
Fax. 25 560170
Tel. 25 848400

