UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| **FLAME S.A.,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| vs. | § | Civil Action No. 1:10-CV-00278-RC |
| | § | |
| m/v LYNX, her engines, freights, apparel, | § | IN ADMIRALTY |
| appurtenances, tackle, etc., in rem, | § | |
| | § | |
| **Defendant.** | § | |

### NOTICE OF CROSS MOTION TO AMEND VERIFIED COMPLAINT

**PLEASE TAKE NOTICE** that Plaintiff FLAME S.A. upon the attached memorandum of law in opposition to the motion to vacate and in support of plaintiff's cross motion to amend verified complaint, along with the declarations of William R. Bennett, III and Graeme Lloyd, will move this Court, both for the Honorable Ron Clark, in courtroom __, United States District Court, Eastern District of Texas, United States Courthouse, 300 Willow Street, Suite 221, Beaumont Texas 77701, at a date and time to be determined by the Court, for an Order denying the motion to vacate the warrant of arrest and granting plaintiff's request to amend the complaint.

Dated: Beaumont, Texas
    May 17, 2010

**CALVERT EAVES CLARKE & STELLY, L.L.P.**

By: _____
Michael K. Eaves
Texas State Bar No.: 00787414
2615 Calder Avenue, Suite 1070
Beaumont, Texas 77702
Telephone: (409) 832-8885, ext. 5702
Facsimile: (409) 832-8886
meaves@calvert-eaves.com

-and-

William R. Bennett, III, Esq.
**BENNETT, GIULIANO, MCDONNELL & PERRONE, LLP**
494 Eighth Avenue, 7th Floor
New York, New York 10122
Telephone: (646) 328-0120
Facsimile: (646) 328-0121
wbennett@bgmplaw.com

**ATTORNEYS FOR PLAINTIFF, FLAME S.A.**