IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| FLAME S.A., | § | |
| | § | |
| *Plaintiff*, | § | Civil Action No. 1:10-cv-278 |
| | § | |
| v. | § | JUDGE RON CLARK |
| | § | |
| M/V LYNX, her engines, freights, apparel, | § | |
| appurtenances, tackle, etc. in rem, | § | |
| | § | |
| *Defendant*. | § | |

## ORDER

For the reasons discussed on the record during the May 18, 2010 hearing, the court

ORDERS the following:

1. Plaintiff Flame S.A.'s Motion to Amend Verified Complaint [Doc. # 9] is GRANTED.

2. The court will hold a hearing on June 2, 2010 at 9:00 a.m. on Claimant Camela Navigation Inc.'s pending Motion to Vacate [Doc. # 7].

3. By May 25, 2010, Camela will turn over the following documents and information to Flame:

    a. All closing documents with the bank and shipyard with respect to the M/V Lynx.

    b. The M/V Lynx shipbuilding agreement.

    c. Camela's minutes of meetings, tax records, and financial statements for the last two years.

    d. Camela's stockholder ledgers, names of officers and directors, and management contracts.

    e. The insurance documents for the M/V Lynx mentioned at the hearing by either counsel.

      f.      The time charter for the M/V Lynx.  This is to be submitted in camera to the court, which will then determine whether it needs to be turned over to Flame.

4. By May 28, 2010 at noon, Flame should provide Camela and the court with copies of exhibits it is planning to use during the June 2 hearing.

5. By June 1, 2010 at noon, Camela should provide Flame and the court with copies of exhibits it is planning to use during the June 2 hearing.

So **ORDERED** and **SIGNED** this **18** day of **May, 2010.**

_____
Ron Clark, United States District Judge