**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**

| | |
|---|---|
| DIVISION: | DATE:   5/18/10 |
| JUDGE: RON CLARK | REPORTER: CHRIS BICKHAM |
| FLAME SA<br>*PLAINTIFF* | CIVIL NO.: 1:10cv278 |
| LYNX M/V<br>*DEFENDANT* | C/R DEPUTY: Faith Ann Laurents |

Attorneys for Plaintiff:   William Bennett, Mike Eaves
Attorneys for Defendant:   George Chalos, George Gaitas, Hubert Oxford, Josh Heinz

THIS DAY CAME THE PARTIES BY THEIR ATTORNEYS AND THE FOLLOWING

PROCEEDINGS WERE HAD:   Hearing on Motion to Vacate.  2:00 pm Court began.  Counsel made announcements. Court and counsel discussed maritime lien and British Court judgment.  Court questioned counsel as to Rule B or Rule C action and alter ego status.  3:10 pm Court recessed.  3:30 pm Court resumed.  Court set final motion hearing on June 2, 2010 @ 9:00 am.  Court set deadlines for delivery of documents and exhibits.  The Court will enter an order.  5:05 pm Court adjourned.

DAVID J. MALAND, CLERK

/s/ Faith Ann Laurents

Deputy Clerk

TOTAL TIME:   2   hrs.   40   mins.          ❏ See Addt'l. Proceedings