# UNITED STATES DISTRICT COURT

__EASTERN__ DISTRICT OF __TEXAS__

FLAME, SA

V.

LYNX M/V

**EXHIBIT AND WITNESS LIST**

Case Number: 1:10CV278

| PRESIDING JUDGE<br>District Judge Ron Clark | PLAINTIFF'S ATTORNEY<br>William Bennett, Mike Eaves, Paxton Crew | DEFENDANT'S ATTORNEY<br>George Chalos |
|---|---|---|
| TRIAL DATE (S)<br>6/2/10 | COURT REPORTER<br>Chris Bickham | COURTROOM DEPUTY<br>Faith Ann Laurents |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| B | | 6/2 | X | X | March 29, 2010 Order recognizing foreign judgment |
| D | | 6/2 | X | X | Equasis data sheet |
| F | | 6/2 | X | X | *First Preferred Ships Mortgage for m/v LYNX with Tank Vessel Facility Agreement* **SEALED** |
| H | | 6/2 | X | X | May 2008 Bulk Vessel Facility Agreement |
| K | | 6/2 | X | X | FFSA between Primera and TMT Asia |
| L | | 6/2 | X | X | October 6, 2009 Agreement between Primera and Meadway |
| M | | 6/2 | X | X | October 16, 2009 Agreement between Primera and Meadway |
| N | | 6/2 | X | X | Invoices from Primera to Meadway |
| O | | 6/2 | X | X | Verified Complaint Primera v. ICI identifying Paul Coronis as a director of Primera |
| S | | 6/2 | X | X | Declaration of Evangelos Astras |
| S1 | | 6/2 | X | X | Proxy from Majuro Nominees to Paul Spyridon Coronis dated July 4, 2006 |
| S2 | | 6/2 | X | X | Record of an organizational meeting of Chemnav attended by Paul Spyridon Coronis and Evangelos G. Biaractaris dated July 5, 2006 during which both were appointed as Directors. |
| S3 | | 6/2 | X | X | Resolution of the Board of Directors dated July 5, 2006 |
| S4 | | 6/2 | X | X | Translated copy of a Minute of Resolution of the Board of Directors dated March 11, 2008 attended by Paul Spyridon Coronis and Evangelos G. Biaractaris. |
| S8 | | 6/2 | X | X | List of employees of Chemnav during 2009. |
| S9 | | 6/2 | X | X | Translated copy of a list of employees of Chemnav during 2008. |
| S10 | | 6/2 | X | X | Translated copy of a list of vessels managed by Chemnav during 2009. |
| S12 | | 6/2 | X | X | Translated copy of a letter written by Nikolaos Coronis, the General Director of Camela Navigation Inc., dated December 22, 2008 |
| S13 | | 6/2 | X | X | Translated copy of a solemn declaration by Paul Spyridon Coronis dated December 22, 2008. |
| S14 | | 6/2 | X | X | Translated copy of a letter written by Nikolaos Coronis, the General Director of Seasafe Navigation Inc., dated May 12, 2009. |
| S15 | | 6/2 | X | X | Translated copy of a solemn declaration by Paul Spyridon Coronis dated 12/5/09 |
| S16 | | 6/2 | X | X | Translated copy of a letter written by Nikolaos Coronis, the General Director of SeaSatin Navigation Inc., dated February 16, 2009. |
| S17 | | 6/2 | X | X | Translated copy of a solemn declaration by Paul Spyridon Coronis dated 2/16/09 |
| S18 | | 6/2 | X | X | Translated copy of a letter written by Paul Spyridon Coronis, the Secretary/Director of Annamar Navigation Inc., dated March 3, 2008. |
| S19 | | 6/2 | X | X | Translated copy of a solemn declaration by Paul Spyridon Coronis dated 3/26/08. |
| T1 | | 6/2 | X | X | Confirmation sent by the brokers to record what was agreed to in the Forward Freight Agreement |
| T5 | | 6/2 | X | X | Lloyd Maritime Investigation Unit's report, showing that Primrose was a Primera related company that used to own the Astradance |
| T6 | | 6/2 | X | X | Email sent by Mr. Coronis to Katy Chen of TMT Asia and a "George" at Meadway, timed 9:29 on October 6, 2009. |
| T7 | | 6/2 | X | X | Documents relating to Flame's attempts to arrest the account of Primrose in Greece |
| T17 | | 6/2 | X | X | Transcript from the hearing, after which Mr. Justice Cooke rendered Judgment. |
| V | | 6/2 | X | X | Declaration of Graham Lloyd |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.