**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

FLAME S.A.

V.

M/V LYNX

Case Number: 1:10cv00278-RC

**EXHIBIT LIST**

| PRESIDING JUDGE<br>Judge Ron Clark | PLAINTIFF'S ATTORNEY<br>William R. Bennett, III | DEFENDANT'S ATTORNEY<br>George M. Chalos |
|---|---|---|
| TRIAL DATE(S)<br>6/2/2010 | COURT REPORTER<br>Chris Bickham | COURTROOM DEPUTY<br>Faith Ann Laurents |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS' AND WITNESSES |
|---|---|---|---|---|---|
| | 1 | 6/2/2010 | X | X | Camela Navigation Inc. Certificate of Good Standing |
| | 7 | 6/2/2010 | X | X | ISM Code - Declaration of Company – 09/30/08 |
| | 8 | 6/2/2010 | X | X | LYNX Bill of Sale and SE Kwang Shipyard Documents – 10/20/08 |
| | 9 | 6/2/2010 | X | X | LYNX Shipbuilding Agreement |
| | 10 | 6/2/2010 | X | X | Camela Board of Directors Minutes – January 10, 2009 |
| | 12 | 6/2/2010 | X | X | *Camela Balance Sheet – 12/31/09*   **SEALED** |
| | 13 | 6/2/2010 | X | X | *Camela Balance Sheet – 3/31/10*   **SEALED** |
| | 14 | 6/2/2010 | X | X | Tonnage Tax Receipts |
| | 15 | 6/2/2010 | X | X | Camela Stockholder Ledger – 2008 |
| | 16 | 6/2/2010 | X | X | Technical Management Agreement – V. Ships dated 10/18/08 |
| | 17 | 6/2/2010 | X | X | Commercial Management Agreement – Chemnav Shipmanagment dated 3/31/09 |
| | 18 | 6/2/2010 | X | X | Protection & Indemnity Insurance (Skuld Certificate of Entry) 2010 |
| | 20 | 6/2/2010 | X | X | Hull & Machinery Cover Note (Ital Brokers) for years 2008, 2009, 2010 |
| | 22 | 6/2/2010 | X | X | *Time Charter Party Agreement – TMM (in camera)*   **SEALED** |
| | 23 | 6/2/2010 | X | X | Camela Corporate Resolution – 10/15/08 |
| | 24 | 6/2/2010 | X | X | Powers of Attorney |
| | 25 | 6/2/2010 | X | X | SWIFT – 10/24/08 |
| | 27 | 6/2/2010 | X | X | 1120-F U.S. Tax return |
| | 28 | 6/2/2010 | X | X | Declaration of Ioannis Vekris (Docket # 7-2) |
| | 29 | 6/2/2010 | X | X | Camela Navigation Inc. – Certificate of Incorporation |
| | 31 | 6/2/2010 | X | X | V. Ships Limited Letter – 5/14/10 |
| | 35 | 6/2/2010 | X | X | Corrected Equasis Ship Information – LYNX |
| | 36 | 6/2/2010 | X | X | Charter Hire Invoices No. 1 – 32 |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS' AND WITNESSES |
|---|---|---|---|---|---|
| | 38 | 6/2/2010 | X | X | Letter of Appointment of Niccolo Benvenuti to Camela Board of Directors – 11/10/08 |
| | 39 | 6/2/2010 | X | X | Letter of Appointment of George Zografos to Camela Board of Directors – 11/10/08 |
| | 40 | 6/2/2010 | X | X | Declaration of Chiana Coronis – 5/31/10 |
| | 41 | 6/2/2010 | X | X | Declaration of George Zografos – 5/31/10 |
| | 42 | 6/2/2010 | X | X | Declaration of Niccolo Benvenuti – 5/31/10 |
| | 43 | 6/2/2010 | X | X | Declaration of Paul Coronis – 5/31/10 |
| | 44 | 6/2/2010 | X | X | Declaration of Ioannis Vekris – 5/31/10 |
| | 45 | 6/2/2010 | X | X | Letter of Resignation from Camela Board of Directors of Nikolaos Coronis – 1/11/09 |
| | 46 | 6/2/2010 | X | X | Certificate of Registration of Camela with Texas Secretary of State |
| | 47 | 6/2/2010 | X | X | Flame v. M.V. Commencement – Order to Vacate and Dismiss 5/26/10 |
| | 49 | 6/2/2010 | X | X | Declaration of Linos Choo – 6/01/10 |
| | 50 | 6/2/2010 | X | X | Letter of Resignation of Paul Coronis from Board of Directors of Primera – 11/15/08 |
| | 51 | 6/2/2010 | X | X | Final Invoice from Shipyard to Camela – 10/23/08 |
| | 52 | 6/2/2010 | X | X | Declaration of Nick Mariakis – 6/1/10 |
| | 53 | 6/2/2010 | X | X | Declaration of Christina Caravia – 6/1/10 |
| | 54 | 6/2/2010 | X | X | Declaration of Vassilis Moundreas – 6/1/10 |
| | 55 | 6/2/10 | X | X | *Price Waterhouse Document (In Camera)* **SEALED** |
| | 56 | 6/2/10 | X | X | Demonstrative Only - Event Timeline |