IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| FLAME S.A., | § | |
| | § | |
| *Plaintiff*, | § | Civil Action No. 1:10-cv-278 |
| | § | |
| v. | § | JUDGE RON CLARK |
| | § | |
| M/V LYNX, her engines, freights, apparel, | § | |
| appurtenances, tackle, etc. in rem, | § | |
| | § | |
| *Defendant*. | § | |

## ORDER

Pursuant to the Court's Findings of Fact and Conclusions of Law on Alter Ego entered on August 6, 2010 [Doc. # 88], it is ORDERED that the warrant of arrest of Intervenor Charbons et Fuels SA [Doc. # 75], as well as the writ of attachment of Intervenor D'Amico Dry Limited [Doc. # 42], are VACATED.

So **ORDERED** and **SIGNED** this **6** day of **August, 2010.**

_____
Ron Clark, United States District Judge