** NOT FOR PRINTED PUBLICATION **

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| FLAME S.A., | § | |
| | § | |
| *Plaintiff,* | § | Civil Action No. 1:10-cv-278 |
| | § | |
| TRANSPORTACION MARITIME | § | JUDGE RON CLARK |
| MEXICANA S.A. DE C.V., | § | |
| | § | PRD |
| *Intervenor-Plaintiff,* | § | |
| | § | |
| v. | § | |
| | § | |
| M/V LYNX, her engines, freights, apparel, | § | |
| appurtenances, tackle, etc. in rem, | § | |
| | § | |
| *Defendant.* | § | |

## ORDER OF DISMISSAL

This case was stayed since August 6, 2010 (Order of Vacateur of TMM's Warrant Against the M/V Lynx, Dkt. # 92), pending arbitration in London, England, between Intervenor-Plaintiff Transportacion Maritime Mexicana S.A. de C.V. ("TMM") and the registered owner of the vessel at issue in this case, the M/V Lynx, which is Camela Navigation, Inc. ("Camela").  *See also* Stipulation and Release Order, Dkt. # 91.   Plaintiff Flame S.A. was previously dismissed from the case (Dkt. # 87), leaving TMM as the only Plaintiff.   The parties remaining in the case, pursuant to this court's Order (Dkt. # 100), filed status reports in which they stated that this case should be dismissed and closed. (Dkt. ## 101, 102).

It is THEREFORE ORDERED that this case is DISMISSED WITHOUT PREJUDICE, with each party to bear its own costs.

The Clerk is DIRECTED to CLOSE this case.

So **ORDERED** and **SIGNED** this **12** day of **January, 2018.**

_____
Ron Clark, United States District Judge